IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LYLE E. CRAKER, Ph.D. )<br>  )<br>     Plaintiff, )<br>  )<br>  v. )<br>  )<br> UNITED STATES DRUG ENFORCEMENT )<br>  ADMINISTRATION, NATIONAL INSTITUTE )<br>  ON DRUG ABUSE, )<br>  )<br>     Defendants. ) | No. 05-1576 (GK) |

**CONSENT MOTION FOR
EXTENSION OF TIME TO FILE ANSWER**

For good cause demonstrated herein, defendants the Drug Enforcement Administration (DEA) and the National Institute on Drug Abuse (NIDA), and plaintiff Dr. Lyle E. Craker file this consent motion for a five-day extension of time for defendants to file their Answer. In support of this consent motion, the parties state the following:

1.    Plaintiff filed this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, on August 5, 2005. Plaintiff effected service on defendants on August 9, 2005. Accordingly, defendants' Answer is currently due September 8, 2005.

2.    Defendant NIDA has represented to the other parties that it released all records in its possession responsive to plaintiff's FOIA request to NIDA on August 23, 2005.

3.    In an attempt to limit the number of issues to be resolved by this Court, defendant DEA and plaintiff are currently negotiating to determine if it may be possible to further clarify and/or narrow the type and number of records plaintiff initially requested from the DEA, and/or if it may be possible for the DEA to respond to such a modified request in a manner which may obviate the need for this litigation.

4. Should plaintiff and defendant DEA reach agreement, they will provide appropriate notice to the Court, such as plaintiff dismissing the action, filing an Amended Complaint and/or defendants' Answer reflecting such agreement.

WHEREFORE, defendants and plaintiff seek an extension of five days for Defendants to file their Answer, until September 15, 2005.

Dated: September 2, 2005

    Respectfully submitted,

/s/ Arthur B. Spitzer
ARTHUR B. SPITZER (D.C. Bar 456500)
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W. # 119
Washington, DC 20036
(202) 457-0800
art.spitzer@aol.com

ALLEN HOPPER
MICHAEL G. PEREZ
Drug Law Reform Project
1101 Pacific Avenue, Suite 222
Santa Cruz, CA 95060
(831) 471-9000
Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

KENNETH WAINSTEIN
United States Attorney

/s/ James D. Todd, Jr.
ARTHUR GOLDBERG
Assistant Branch Director
JAMES D. TODD, JR (DC Bar No. 463511)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
(202) 514-3378
james.todd@usdoj.gov
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 2, 2005, a copy of the parties' Consent Motion for Extension of Time to File Answer, with proposed order, was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to:

 Arthur B. Spitzer, art.spitzer@aol.com

 Attorney for Plaintiff

                /s/ James D. Todd, Jr.
                _____
                JAMES D. TODD, JR.