IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LYLE E. CRAKER, Ph.D.  ) | |
| ) | |
|     Plaintiff,  ) | |
| ) | |
| v.  ) | No. 05-1576 (GK) |
| ) | |
| UNITED STATES DRUG ENFORCEMENT  ) | |
|   ADMINISTRATION, NATIONAL INSTITUTE  ) | |
|   ON DRUG ABUSE,  ) | |
| ) | |
|     Defendants.  ) | |

## **ORDER**

Upon consideration of the parties' Consent Motion for Extension of Time on the Briefing Schedule, it is this _____ day of _____, 2005,

ORDERED that the Motion is GRANTED, and it is further ORDERED that:

For good cause shown, Defendants will file their Answer on September 15, 2005.


Dated: _____                                    _____
                                                                                                     United States District Judge