UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LYLE E. CRAKER,

        Plaintiff,

v.

U.S. DRUG ENFORCEMENT
ADMINISTRATION, *et ai.*,

        Defendants.

No. 05-cv-1576 (GK)

**UNOPPOSED MOTION FOR ADMISSION,** *PRO HAC VICE,*
**OF ALLEN HOPPER AS ADDITIONAL COUNSEL FOR PETITIONERS**

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Allen Hopper, a Senior Staff Attorney at the American Civil Liberties Union's Drug Law Reform Project, as additional counsel for the petitioners in this case.

Mr. Hopper's declaration, as required by Local Civil Rule 83.2(d), is filed herewith.

Counsel for the respondents has indicated that this motion will not be opposed.

A proposed order is filed herewith.

                              Respectfully submitted,

                              _____
                              Arthur B. Spitzer (D.C. Bar No. 235960)
                              American Civil Liberties Union
                                of the National Capital Area
                              1400 20th Street, N.W. #119
                              Washington, D.C. 20036
                              (202) 457-0800

                              Counsel for Petitioners

September 23, 2005