UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
:
LYLE E. CRAKER, :
:
                Plaintiff, :
:
v. :    No. 05-cv-1576 (GK)
:
UNITED STATES DRUG ENFORCEMENT :
DRUG ENFORCEMENT ADMINISTRATION; :
NATIONAL INSTITUTE ON DRUG ABUSE :
:
                Defendants. :
------------------------------------------------------------x

## DECLARATION OF ALLEN HOPPER

Pursuant to Local Rule 83.2(d), I, Allen Hopper, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Michael Allen Hopper.

2. I am a Senior Staff Attorney at the American Civil Liberties Union. My office is located at 1101 Pacific Ave., Suite 333, Santa Cruz, CA 95060. My office telephone number is 831-471-9000.

3. I was admitted to the California bar in 1996 and remain a member in good standing. I am currently admitted to practice before the United States Courts of Appeals for the Federal Circuit and the Ninth Circuit, and the district courts for the Northern and Central Districts of California.

4. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have never before been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 22 day of September, 2005.

ALLEN HOPPER