UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LYLE E. CRAKER,

        Plaintiff,

v.

U.S. DRUG ENFORCEMENT
  ADMINISTRATION, *et ai.,*

        Defendants.

No. 05-cv-1576 (GK)

**ORDER**

Upon consideration of the unopposed motion for admission *pro hac vice* of Allen Hopper as additional counsel for the petitioners in this case, it is hereby

ORDERED that the motion is granted and Mr. Hopper shall be admitted *pro hac vice*.

Dated: _____, 2005

_____
Gladys Kessler
United States District Judge