UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LYLE E. CRAKER,

        Plaintiff,

v.

U.S. DRUG ENFORCEMENT
ADMINISTRATION, *et ai.,*

        Defendants.

No. 05-cv-1576 (GK)

### UNOPPOSED MOTION FOR ADMISSION, *PRO HAC VICE*, OF MICHAEL G. PEREZ AS ADDITIONAL COUNSEL FOR PETITIONERS

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Michael G. Perez, an attorney at the American Civil Liberties Union's Drug Law Reform Project, as additional counsel for the petitioners in this case.

Mr. Perez' declaration, as required by Local Civil Rule 83.2(d), is filed herewith.

Counsel for the respondents has indicated that this motion will not be opposed.

A proposed order is filed herewith.

Respectfully submitted,

_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
(202) 457-0800

Counsel for Petitioners

September 23, 2005