UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LYLE E. CRAKER,

              Plaintiff,

       v.                                              No. 05-cv-1576 (GK)

U.S. DRUG ENFORCEMENT
  ADMINISTRATION, *et ai.,*

              Defendants.

**ORDER**

       Upon consideration of the unopposed motion for admission *pro hac vice* of Michael

G. Perez as additional counsel for the petitioners in this case, it is hereby

       ORDERED that the motion is granted and Mr. Perez shall be admitted *pro hac vice*.

Dated: _____, 2005

                                            _____
                                            Gladys Kessler
                                            United States District Judge