IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| LYLE E. CRAKER, Ph.D. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1576 (GK) |
| | ) | |
| UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, NATIONAL INSTITUTE ON DRUG ABUSE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Defendants' Consent Motion to Vacate LCvR 16 Report and Conference Scheduled for FOIA Action, it is this _____ day of _____, 2005,

ORDERED that the Motion is GRANTED, and it is further ORDERED that:

The LCvR 16 Conference set for October 14, 2005 is CANCELLED; and the parties shall not be required to file a Joint Meet and Confer Statement in this action.


Dated: _____                    _____
                                          United States District Judge