LEGAL DEPARTMENT
DRUG LAW
REFORM PROJECT

**ACLU**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

October 4, 2005

**BY FACSIMILE AND US MAIL**

Katherine Myrick, Chief
Freedom of Information Operations Unit
Drug Enforcement Administration
700 Army Navy Drive
Arlington, VA 22202

RE: Case1 Number 05-1024-F; *CRAKER V. DRUG ENFORCEMENT ADMINISTRATION, et al.*, Case Number 1:05-cv-1576, D.D.C.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

DRUG LAW
REFORM PROJECT
1101 PACIFIC AVENUE, SUITE 333
SANTA CRUZ, CA 95060
T/831.471.9000
F/831.471.9676

NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
T(DIRECT)/212.549.2660
F/212.549.2654
WWW.ACLU.ORG

OFFICERS AND DIRECTORS
NADINE STROSSEN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

KENNETH B. CLARK
CHAIR, NATIONAL
ADVISORY COUNCIL

RICHARD ZACKS
TREASURER

Dear Ms. Myrick:

I am writing in regard to *Craker v. Drug Enforcement Administration, et. al.*, in which our client, Dr. Lyle E. Craker, requested public records under the Freedom of Information Act ("FOIA") from the Drug Enforcement Administration ("DEA") on April 26, 2005. Dr. Craker is submitting here a revised version of his FOIA request made on April 26, 2005. As discussed with DEA's counsel James Todd, Trial Attorney, U.S. Department of Justice, Civil Division, Federal Programs Branch, these revisions are being submitted to facilitate swift processing of the complaint and with the understanding that April 26, 2005 will remain the date of Dr. Craker's request for the purposes of DEA processing. This is not to be processed as, nor considered, a new request.

Dr. Craker's revised FOIA request to DEA is as follows. The numbers of these revised request items correspond to those in the April 26, 2005 request, which is attached to this letter for your reference. Where not otherwise specified, these revised items seek records kept or maintained by DEA's headquarters. Thus, on behalf of Dr. Craker, we request the following records:

(1) Records sufficient to show the substance of all DEA contacts since January 1, 1995, with researchers who have been licensed by DEA for marijuana research, contained in files kept or maintained by Matthew Straight of DEA's Office of Diversion Control, or Frank Sapienza of DEA's Office of Diversion Control, or in files designated as pertaining to the University of Mississippi, Dr. Mahmoud El-Sohly, the Center for Medicinal Cannabis Research and/or the National Institute on Drug Abuse, which pertain to the adequacy of quantity or

1

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

quality (including, but not limited to, THC potency and chemical makeup) of marijuana obtained from NIDA, Dr. Mahmoud El-Sohly and/or the University of Mississippi.

(2) All records, excluding exact duplicates or copies, referring or relating to Dr. Lyle Craker, a professor at the University of Massachusetts, Amherst, who has applied for a DEA license to be a bulk manufacturer of marijuana, that are located in any files designated as pertaining to Dr. Craker or files kept or maintained by Matthew Strait of DEA's Office of Diversion Control, Helen Kaupang of DEA's Office of Diversion Control, or any other employee of DEA's Office of Diversion Control with knowledge of Dr. Craker's application to be licensed as a bulk manufacturer of marijuana.

(3) All records, including drafts but excluding exact duplicates or copies, relating to whether granting Dr. Lyle Craker's application for registration as a manufacturer or cultivator of marijuana is or might be consistent or inconsistent with the United Nations Single Convention on Narcotic Drugs of 1961, as amended, that are kept or maintained by Matthew Strait of DEA's Office of Diversion Control or DEA's Chief Counsel; and all records relating to a letter from the law firm Covington & Burling and the American Civil Liberties Union sent to DEA Administrator Hutchinson on July 24, 2002.

(4) Any training aids or other guidance, such as the power point presentation used for training purposes, relating to DEA processing of applications for registration as a bulk manufacturer of a controlled substance.

(5) All records relating to whether registrations to manufacture controlled substances have been granted or denied to applicants when there is no New Drug Application pending at the FDA for the drug being manufactured.

(6) All records, excluding exact duplicates or copies, relating to registrations and/or renewals of registrations for bulk manufacturing of marijuana since 1968 by (1) Dr. Mahmoud El-Sohly, (2) ElSohly Laboratories Inc., (also known as Eli-Elsohly Laboratories, Inc.), (3) the National Center for the Development of Natural Products, (4) The

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

University of Mississippi, and/or (5) Cayman Chemical Company (located at 1180 East Ellsworth Rd., Ann Arbor, MI 48108); and a list of DEA registered manufacturers of cocaine since 1985, including name and address.

(7) All copies and drafts of communications between Professor Mahmoud El-Sohly and Matthew Strait, Helen Kaupang, and/or any other employee of the Office of Diversion Control that handled Dr. Craker's application at any time relating to Dr. Craker's application for registration as a bulk manufacturer of marijuana.

(8) All records, excluding exact duplicates and copies, relating to Rick Doblin, President of the Multidisciplinary Association of Psychedelic Studies (MAPS), including but not limited to records relating to Rick Doblin kept in the Narcotics and Dangerous Drugs Information System (NADDIS).

You will note that all of the requested items have been revised from Dr. Craker's April 26, 2005 request except for item (5). Pursuant to settlement negotiations with Mr. Todd, once revised items (1) through (4) and (6) through (8) have been fulfilled, item (5) will be dropped from Dr. Craker's suit against DEA, pending in the District of Columbia District Court (*Craker v. Drug Enforcement Administration, et. al.*, Case Number 1:05-cv-1576, D.D.C.) with the understanding that item (5) will be handled by DEA's Freedom of Information Operations Unit as it would be in the normal course of business according to the date it was submitted, April 26, 2005.

3

Thank you for your continuing efforts in fulfilling Dr. Craker's FOIA request. We hope these revisions can facilitate an agreement amenable to both DEA and Dr. Craker. We will agree to pay up to $1000 in costs. If this request will exceed that amount, please call either Allen Hopper or Michael Perez at (831) 471-9000.

Sincerely,

Allen Hopper        Michael G. Perez

American Civil Liberties Union
1101 Pacific Ave., Suite 333
Santa Cruz, CA 95060
Ph: (831) 471-9000
Fx: (831) 471-9676

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Cc: James Todd, U.S. Department of Justice, Civil Division, Federal Programs Branch (by fax and e-mail); and Mr. William C. Little, Jr., Drug Enforcement Administration, Administrative Law Section, Office of Chief Counsel (by fax and U.S. mail)

Attachments: 1

4