UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYLE E. CRAKER, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 05-1576 (GK) |
| U. S. DRUG ENFORCEMENT ) | |
| ADMINISTRATION, ) | |
| ) | |
|     Defendant. ) | |

**O R D E R**

On October 11, 2005, the Court granted the parties' consent Motion to Vacate the Initial Scheduling Conference in this Freedom of Information Act ("FOIA") case. See Dkt. No. 8. The Motion indicated that the parties would inform the Court of the date by which Defendant anticipates completing the processing of Plaintiff's revised FOIA request and would "if necessary, propose a scheduling order for any remaining briefing in this case." See Consent Mot. to Vacate ¶ 11. To date, the parties have made no further representations to the Court. Accordingly, it is hereby

**ORDERED** that, **no later than May 29, 2006,** Plaintiff shall show cause why this case should not be dismissed without prejudice for failure to prosecute.

April 28, 2006

/s/
Gladys Kessler
U.S. District Court Judge

**Copies to**: **attorneys of record via ECF**