IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LYLE E. CRAKER, PD.D )
                     )
        Plaintiff,   )
                     )
v.                   )   Case No. 1:05-cv-01576-GK
                     )
UNITED STATES DRUG   )
ENFORCEMENT ADMINISTRATION; )
                     )
NATIONAL INSTITUTE ON DRUG )
ABUSE                )
                     )
        Defendants.  )
_____)

## STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2)(i), the parties, by and through counsel, stipulate and agree that the above captioned matter and the claims asserted therein may be dismissed without prejudice, each party to bear their own costs and attorney fees.

The parties agree that the Court may enter an order embodying this agreement.

_____
Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW
Suite 119
Washington, D.C. 20036
(202) 457-0800

_____
James D. Todd
U.S. DEPARTMENT OF JUSTICE
901 E Street, NW
Washington, D.C. 20830
(202) 514-3378