UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYLE E. CRAKER,<br><br>   Plaintiff,<br> v.<br><br>U.S. DRUG ENFORCEMENT<br> ADMINISTRATION,<br><br>NATIONAL INSTITUTE ON DRUG<br> ABUSE,<br><br>   Defendants. | No. 05-cv-1576 (GK) |

### [proposed] ORDER

Upon consideration of the parties' Stipulation for Dismissal, it is hereby

ORDERED that this action is dismissed without prejudice, each party to bear its own costs.

Dated: _____, 2006

                   _____
                     Gladys Kessler
                  United States District Judge