UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYLE E. CRAKER,<br><br>       Plaintiff,<br>v.<br><br>U.S. DRUG ENFORCEMENT ADMINISTRATION,<br><br>NATIONAL INSTITUTE ON DRUG ABUSE,<br><br>       Defendants. | No. 05-cv-1576 (GK) |

[proposed] ORDER

Upon consideration of the parties' Stipulation for Dismissal, it is hereby

ORDERED that this action is dismissed without prejudice, each party to bear its own costs.

Dated: May 26, 2006

Gladys Kessler
United States District Judge